**Exhibit A to the Complaint**

**Location:** Edison, NJ  
**Total Works Infringed:** 38

**IP Address:** 47.18.110.185  
**ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0FF21DB47570BAEEF0267354B90BE51314421DED<br>File Hash: D41049225B0241201AECE2ACB5E7D8ADEC71683EDB14B6CA1151E6EEE75ACE39 | 12/08/2024 21:39:33 | Blacked | 12/04/2024 | 12/13/2024 | PA0002506268 |
| 2 | Info Hash: 42D6E34ED86FA3012FCE9F4930A62533F2AB23EF<br>File Hash: 7EC0222162C6FE9484CBDC310680C282218D54752B5C95D09BD72B214DB23370 | 12/08/2024 21:33:12 | Milfy | 12/04/2024 | 12/13/2024 | PA0002506316 |
| 3 | Info Hash: 967734E49BCB70929CF9A8D698E03386657400D1<br>File Hash: C5FF04FA188646F16D5A6432C23762141D8910D23FE7DC14D4A72274AE685ABD | 11/24/2024 22:51:44 | Vixen | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 4 | Info Hash: AA58BF548B8FDBBBA1396873F3177059AEFE4A8B<br>File Hash: DE8E5F7B76A59C90C5F309B07C8E901E01FE425A0F4B48BECF5EEAD91BE9409F | 11/24/2024 22:49:06 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 5 | Info Hash: CC3700F98B08B30C8BDAA9B5C69A30DEEE9E904A<br>File Hash: 2297CCF49B1FA7E5BA18A70925F463F3E1FD2EC8846151916A53AEDC7E370E43 | 11/24/2024 22:19:45 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 6 | Info Hash: 27E4DD8D42171C0AAB831058840F10E83EDC7AFD<br>File Hash: 8884B792ACF326192D6E2488299982EC9AF0E58EC725E9871EAA7643B5D1733D | 11/24/2024 22:18:55 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 7 | Info Hash: C5575641F9885C6E35D0C8B31ACB226551423597<br>File Hash: F9A28D3FA1F8DC128EE3A609A4D3073CC8BA31D809D27C5E74024796699BDB9B | 11/24/2024 22:07:45 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 8 | Info Hash: D2712E38602D277959460700679D964FDBA05E71<br>File Hash: 382729C28BA6DEECA899C06FF20B16B2DA06AD96719BE6370164A4F4217E518D | 11/08/2024 00:51:12 | Blacked | 11/04/2024 | 11/18/2024 | PA0002500995 |
| 9 | Info Hash: 15678AF6623A38FA107F2E3C7FAFD2AB16F9DA83<br>File Hash: 4B50EE1128A1C6FBEF6F6FFED466C6B82F8B0DD6F03D1C23E15B22B5A65BF79C | 11/04/2024 21:25:55 | Tushy | 11/03/2024 | 11/18/2024 | PA0002500920 |
| 10 | Info Hash: EC725AF0DDD00C9F1AA98B3ED02D3A88350B7871<br>File Hash: 3651ECD4975F6B9C078753CDC1E1029832E80FA166C6BFF5F86A1DA90864320C | 10/31/2024 21:14:33 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 11 | Info Hash: 7BCF5DD8FF98DB562425AC9215643C8F46F10E10<br>File Hash: 6CA4C0F43213FE7E2DE1B37C3470D9CA9D3822FA7C2493970A302FC98F98A6D5 | 10/31/2024 21:14:08 | Blacked | 10/30/2024 | 11/18/2024 | PA0002501014 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 6F80ADC7AD78E41737CD90B771573DFE20CAA805<br>File Hash:<br>B95D86D5D322D19688D940EEF4611BAED29DF0FC6ED5410602131A8AFCCFB68E | 10/26/2024 16:22:04 | Tushy | 09/22/2024 | 10/16/2024 | PA0002494781 |
| 13 | Info Hash: 22927D14C0C31A6E0B0794F236A36905D126CD21<br>File Hash:<br>573FECFABEFF986D9A03896CC8C72E3D5EECA7AFC2F0924D02F5ADEEE3919F05 | 10/26/2024 16:20:38 | Tushy | 05/26/2024 | 06/19/2024 | PA0002476873 |
| 14 | Info Hash: BB99D8516F04910F451D18008CCEC6F3CD62B98C<br>File Hash:<br>D9C2EADED3AC48870AEA51285CDEBB6AAA0F0248CAB422102E1BE4CF45DCD60F | 10/26/2024 16:08:16 | Tushy | 03/26/2023 | 04/07/2023 | PA0002405762 |
| 15 | Info Hash: A680D284B973E8D0B1AD72BE2F801B73B5B56AFD<br>File Hash:<br>2D72E266D2143D81207BA593F36FE06274F4CC29D8DBF9471600B190E1C9AAEC | 10/26/2024 16:01:31 | Milfy | 08/21/2024 | 09/17/2024 | PA0002490356 |
| 16 | Info Hash: ACD42922294209D40321CB16502C56911B30FC7B<br>File Hash:<br>D67C349AAD2CE906B4679AADB95657A30D14344B520ADCFA5433534B634CC220 | 10/26/2024 15:54:13 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |
| 17 | Info Hash: E66215C7663C7EB92195BCC39A7634B78DDA4DB0<br>File Hash:<br>2F67958A520B51E4B5293ABB7FCC18EA62D1E002AAA88DE30E70C179DDDEE21F | 10/26/2024 15:53:54 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |
| 18 | Info Hash: 51DF1F6772557F01FB0268FCF76B68C249980A87<br>File Hash:<br>F4D36B641D325661124A72CB9A54E3192FB1CC4AC07FA6D5DA10922617092AC1 | 10/26/2024 15:53:54 | Milfy | 02/07/2024 | 03/15/2024 | PA0002461447 |
| 19 | Info Hash: 3C377335231F8DA1D75D6D95999C0F83393D19B4<br>File Hash:<br>54F2015B6A5A672A56B2619C4EA46A36CF489C5EBE77365CE9422A70931E3CF5 | 10/26/2024 15:35:36 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 20 | Info Hash: 8F2DA95E6D53EDB6BE7BA538BBFDC8D7ACC86A7E<br>File Hash:<br>295DA681276A2E1A9FEDED73B52E6C60BF6D4BC721B0F93E8499627CD0C9620D | 10/26/2024 15:13:13 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 21 | Info Hash: B3E094EDF789D31E7F5B50DAF5E30672CF33492A<br>File Hash:<br>FDF3D1E9FD0136F736F715E05FF2B1A5F96CC17CE5E3EDBDD7B5D081125AF851 | 10/26/2024 15:09:46 | Milfy | 07/26/2023 | 08/22/2023 | PA0002431040 |
| 22 | Info Hash: 73BE5903414CE597312676BB41D3262030AB6B24<br>File Hash:<br>A93A70B67B8234D8BFD2FB190240771074B8E0176639191258129B0E0896A73E | 10/26/2024 15:09:04 | Milfy | 10/25/2023 | 12/07/2023 | PA0002446668 |
| 23 | Info Hash: B9689796B0AF3FA2697DDEF7BC6E0B909E54CBAC<br>File Hash:<br>2B9F3E775A814739DB463BB6AD55433B1B04C91F790D5BB11AE504AE36B3B91E | 10/26/2024 15:03:26 | Milfy | 07/12/2023 | 08/22/2023 | PA0002431037 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 794332F926418911ED14F2AEA717650249800BEA<br>File Hash:<br>927A9AB966D6ABBD0AEC6802B8D8F7873F8030B428D95812706A95B85D183303 | 10/26/2024<br>14:58:43 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 25 | Info Hash: 85999519B7236A1DF2663196290EB920C69320B9<br>File Hash:<br>7F2EE09E9900305DD6F1BC24A2F455D82CD817284FBCDF6DB51204232030E0B9 | 10/26/2024<br>14:57:02 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 26 | Info Hash: F8742C2B5E78FD687E75917C0BE9A676B25732E9<br>File Hash:<br>E20BA33FF5BA3DCC0932C20C0165F02B981EE3CD0760E9934F3B643A03781CEA | 10/26/2024<br>14:55:07 | Milfy | 05/29/2024 | 09/05/2024 | PA0002491135 |
| 27 | Info Hash: B9F28F3683BFF39D31ADC2C385ED78415697736C<br>File Hash:<br>9A3281BB624A034C0A5D7A8377DAD3AB0EB093AAA99CEC7A2A4CFA96DF7B9596 | 10/26/2024<br>14:54:54 | Milfy | 01/10/2024 | 03/28/2024 | PA0002462578 |
| 28 | Info Hash: 31469BA4071D5804172DE1DAF17E860BC7370F37<br>File Hash:<br>957B78F676692A1178A0ED6D66DA6BCB1F9A6CCC36DAB257FC2B26F62E315A1E | 10/26/2024<br>14:54:03 | Milfy | 03/27/2024 | 06/24/2024 | PA0002477488 |
| 29 | Info Hash: 9EA7F88F04971469352A1832DF8AD46A49C774DB<br>File Hash:<br>EDD67CB301195299C08639072DEA901FBF37D9DA106E53E7A98CF2DFDD3B3543 | 10/26/2024<br>14:52:57 | Milfy | 07/31/2024 | 09/17/2024 | PA0002490325 |
| 30 | Info Hash: C6B4A5CF63962B141E147F0E0A8812FE3F4EE4AC<br>File Hash:<br>7FBC55214B6BAA8DCDF7273B4046C2D6DBCB3DAA0BA004D1241C5C4650E95DE9 | 10/24/2024<br>21:16:37 | Milfy | 10/23/2024 | 11/18/2024 | PA0002500970 |
| 31 | Info Hash: 3647C2C2C3D0741594546228A2F29C0460F6434E<br>File Hash:<br>0C5D5D7B5A1E1A08B2167A0664697DB0EE283241380827D030B90393C8C9BD17 | 08/26/2024<br>22:47:11 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 32 | Info Hash: 31BD44884B5FA18595EF1307F00D981F3D161EA8<br>File Hash:<br>98D288567375A85AB05CB40C70AB30A092A4CF2534B700D7FDAE334E0702E3B9 | 08/26/2024<br>22:43:45 | Tushy | 08/25/2024 | 09/18/2024 | PA0002490453 |
| 33 | Info Hash: A859E49740EC126AEBC3D25A016127FCF7064A76<br>File Hash:<br>D0AAA9EB49E7B8AF266A15F04B1FCA7F5DD2E94B25A9715986A9B746F48FBF4B | 08/13/2024<br>23:45:42 | Tushy | 06/16/2024 | 07/15/2024 | PA0002480649 |
| 34 | Info Hash: 488BE10D4F8BA39E322D0255FF8C05FB670B035F<br>File Hash:<br>74F3142D99D66C17C282369D9C3BA398A5576BB3077E1C2E5D406F9CFCB46A6E | 08/13/2024<br>20:39:52 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 35 | Info Hash: 0756F9035189B999D45679C7E9E4A6459E604FD2<br>File Hash:<br>0930F9A1E8B9F4D8AE863BD06DF2A810FBA8BD92CB87A898B5EB4F80BB077EEE | 08/13/2024<br>20:38:57 | Tushy | 03/31/2024 | 04/12/2024 | PA0002465211 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 57BA08B9A3F933537DA63114C9E83246523FEA89<br>File Hash:<br>E7194BDE72D99FB510C3E5F3ABB7DBF8C203CBD4C3BF217EC20C451965F64F4F | 08/13/2024<br>20:38:47 | Tushy | 04/07/2024 | 04/12/2024 | PA0002465210 |
| 37 | Info Hash: CF32FA7E432DB7B0E09410A8AABFF33AF658328E<br>File Hash:<br>33FABFE77EC9C3C0C32189658648D1C7BD1EA578D333368A7C1428F2E1EE8A28 | 08/13/2024<br>20:38:40 | Tushy | 07/07/2024 | 07/15/2024 | PA0002480668 |
| 38 | Info Hash: 8F4A7A6F26712C9A19E1078B598A9A897015AC03<br>File Hash:<br>BADB929F88BB0BC4398CA8054EDA5BDE52D3FBB7653DB487BFC2DFF6BB9E4556 | 08/13/2024<br>20:37:42 | Tushy | 06/30/2024 | 07/15/2024 | PA0002480674 |